

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00124-CV

**GARRY ACUNCIUS,
MEGAN COOKE INDIVIDUALLY
AND D/B/A GDA LIVESTOCK,**

                                                            **Appellants**

 **v.**

**WILLIAMS MCCLURE AND PARMELEE,**

                                                            **Appellees**

### From the 18th District Court
### Somervell County, Texas
### Trial Court No. C09962

## MEMORANDUM  OPINION

The Clerk of this Court notified Appellant by letter dated July 28, 2009 that the original filing fee of $175.00 had not been paid, that unless Appellant obtained indigent status, the filing fee's payment is required, and that unless Appellant either paid the filing fee or obtained indigent status within fourteen days, the appeal would be presented to the Court for dismissal.  More than fourteen days have passed, and Appellant has not paid the filing fee or filed an affidavit of indigence.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 42.3(c); 10TH TEX. APP. (WACO) LOC. R. 5(c).



REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed September 30, 2009
[CV06]